**United States Court of Appeals**
**Fifth Circuit**

**F I L E D**

**June 24, 2003**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 02-31050
Conference Calendar

_____

UNITED STATES OF AMERICA,

                              Plaintiff-Appellee,

versus

ROBERT KENNEDY,

                              Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 94-CR-305-1-T
--------------------

Before DeMOSS, DENNIS, and PRADO, Circuit Judges.

PER CURIAM:[*]

    Robert Kennedy appeals his 24-month sentence imposed upon

revocation of his supervised release following his guilty-plea

conviction for conspiracy to distribute dilaudid.  Kennedy argues

that the district court impermissibly relied upon his status as a

drug addict in imposing the statutory maximum sentence of two

years' imprisonment.  Kennedy did not object timely to the

sentence that was imposed; in the absence of such an objection,

_____

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

this court's review is for plain error only.  See <u>United States</u> <u>v. Gonzalez</u>, 250 F.3d 923, 930 (5th Cir. 2001).

Kennedy's argument that his sentence was based solely on his status as a drug addict is not supported by the record.  The sentence imposed punished Kennedy for violating the terms of his supervised release, not for his history of drug addiction.  See <u>United States v. Pena</u>, 125 F.3d 285, 287-88 (5th Cir. 1997).  The judgment of the district court is AFFIRMED.